David K. Link, #19213
GRAGERT HIEBERT GRAY & LINK
245 N. Waco, Ste 200
Wichita, KS 67202
(316) 265-9480

*Attorney for Defendant Hector Y. Yaujar*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　*Plaintiff,*<br><br>v.<br><br>HECTOR YAMIL YAUJAR,<br>　　　*Defendant.* | Case No. 05-10072-01-JTM |

### DEFENDANT'S SENTENCING MEMORANDUM

Defendant Hector Y. Yaujar, by and through his counsel of record, David K. Link, hereby requests that the Court follow the plea agreement in this case and sentence him to following Guideline sentence: zero months imprisonment, with credit for time served in pretrial detention (10 days); no supervised release; and no fine.

In support of this request, Defendant respectfully submits that the requested sentence meets the terms of the plea agreement and the recommendations of the Government in this case, conforms to the U.S. Sentencing Guidelines (USSG) and best fulfills the statutory mandates of 18 U.S.C. § 3553(a).

　　1.　　Defendant agrees with the Presentence Investigation Report (PSIR)

categorization of Mr. Yaujar and the offense as falling at the intersection of Offense Level 8 and Criminal History Category I.

2.	The USSG range for Offense Level 8, Criminal History Category I, is 0-8 months.  In accordance with the plea agreement, it is anticipated that the Government will recommend a sentence at the low end of the applicable guideline range, which is zero months.

3.	A sentence of zero months is not a probation sentence, it is a sentence of imprisonment.  *United States v. Elliot*, 971 F.2d 620, 621. (10th Cir. 1992).

4.	The Court is not required to impose a term of supervised release following a sentence of imprisonment of less than one year. USSG § 5D1.1.

5.	Mr. Yaujar is already in immigration removal proceedings and remains on release from Immigration and Customs Enforcement (ICE) on a $10,000.00 surety bond.  He is scheduled to appear in immigration court in Kansas City on January 30, 2006.

s/ David K. Link
DAVID K. LINK, Kans. Bar No. 19213
GRAGERT HIEBERT GRAY & LINK
245 N. Waco, Ste 200
Wichita, KS 67202
Phone: (316) 265-9480
Fax: (316) 265-0168
email: link@ghgl-law.com

CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2005, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Debra L. Barnett
    Assistant U.S. Attorney

    s/David K. Link
    DAVID K. LINK, Bar No. 19213
    GRAGERT HIEBERT GRAY & LINK
    245 N. Waco, Ste 200
    Wichita, KS 67202
    Phone: (316) 265-9480
    Fax: (316) 265-0168
    email: link@ghgl-law.com